

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| CATHERINE CURTNER, Guardian and Conservator of CHARLES MARTIN KINZEL, JR. and CRYSTAL JUNE KINZEL, Minors, and MELISSA KINZEL, | ) ) ) ) ) ) |
| Plaintiffs, | ) ) |
| vs. | ) Case No.: 4:01CV00328 TCM RWS |
| JOSE GABRIAL BARRON, and | ) ) ) |
| JOSE LUIS VILLEGAS, d/b/a FIVE STARS TRANSPORT, | ) ) ) |
| Defendants. | ) |

### MEMORANDUM TO THE COURT

On oral and written motion Plaintiffs request a leave of Court to dismiss their Petition <u>with</u> prejudice. Each party to pay its own costs.

ANDERSON & ASSOCIATES
Attorneys for Plaintiff

By _____
**John D. Anderson, Fed #12622**
Herman Praszkier, Fed #25638
John J. Page, Fed #109821
1007 Olive Street - 3rd Floor
St. Louis, Missouri 63101-2001
(314) 621-5534 FAX (314) 621-6941

UNITED STATES DISTRICT COURT EASTERN MISSOURI
INTERNAL RECORD KEEPING

AN ORDER, JUDGMENT OR ENDORSEMENT WAS SCANNED, FAXED AND/OR MAILED TO THE FOLLOWING INDIVIDUALS ON 02/03/03 by aluisett
         4:01cv328     Curtner vs Barron

28:1332 Diversity-Tort/Motor Vehicle (P.I.)

```
John Anderson     -  12622      Fax: 314-621-6941
William Corrigan  -   2879      Fax: 314-621-5065
Gonzalo Fernandez -  62043      Fax: 314-621-5705
Joseph Leritz     -   5390      Fax: 314-231-9480
Gary Paul         -  14579      Fax: 314-863-8197
Herman Praszkier  -  25638      Fax: 314-621-6941
Matthew Reh       -  88487      Fax: 314-621-5065
Lawrence Smith    -  16763      Fax: 314-863-8197
```

SCANNED & FAXED BY:
FEB -3 2003
C. D. D.